## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:15-cv-55-GCM

| | |
|---|---|
| **KENNETH D. BELL**, in his capacity as court-appointed Receiver for Rex Venture Group, LLD d/b/a ZeekRewards.com, | )<br>)<br>)<br>)<br>) |
| v. | )      **ORDER** |
| | ) |
| **AGNITA SOLOMON**, *et al*,<br>        **Defendants.** | )<br>) |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is RE-SET for **May 15, 2017** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: January 9, 2017

Graham C. Mullen
United States District Judge