IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, <br><br> Plaintiff, <br><br> vs. <br><br> AGNITA SOLOMON, *et al.* <br><br> Defendants. | Civil Action No. 3:15-cv-55 |

# ORDER

This matter is before the Court upon the Receiver's Motion for Summary Judgment and is now ripe for consideration. Defendants are represented by counsel and have failed to respond to the Receiver's Motion. For the reasons previously fully described by this Court in granting Summary Judgment for the Receiver in *Bell v. Disner, et al.,* 3:14cv00091 (Doc. No. 142, November 29, 2016) and based on the undisputed facts related to Agnita Solomon, Vernon Lettsome, Marguerite D. Hodge, Susan Forbes, Marcus Drigo, Patrice Harewood, Trevor Potter, Simon Potter, Esther Potter, Elcina Frett, Hercules Fraser, Kishma Reefe, Ruth Matthew, Wesley Legair and Sophia Richards' net winnings from the ZeekRewards scheme, IT IS HEREBY ORDERED that the Receiver's Motion for Summary Judgment is GRANTED.

Signed: February 27, 2017

Graham C. Mullen
United States District Judge