# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kenneth D. Bell**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00055-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Agnita Solomon | ) | |
| Marguerite D. Hodge | | |
| Susan Forbes | | |
| Marcus Drigo | | |
| Patrice Harewood | | |
| Vernon Lettsome | | |
| Wesley Legair | | |
| Trevor Potter | | |
| Sophia Richards | | |
| Simon Potter | | |
| Esther Potter | | |
| Elcina Frett | | |
| Hercules Fraser | | |
| Kishma Reefe | | |
| Ruth Matthew**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 27, 2017 Order.

February 27, 2017

Frank G. Johns, Clerk
United States District Court