## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:15-cv-55-GCM

| | | |
|---|---|---|
| **KENNETH D. BELL**, in his capacity as court-appointed Receiver for Rex Venture Group, LLD d/b/a ZeekRewards.com, | ) ) ) ) ) ) | |
| v. | ) ) | **ORDER** |
| **AGNITA SOLOMON**, *et al*,         Defendants. | ) ) | |

     THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is RE-SET for **October 17, 2017** in Courtroom #2-2.

     IT IS SO ORDERED.

Signed: May 2, 2017

Graham C. Mullen
United States District Judge