## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:15-cv-55-GCM

| | | |
|---|---|---|
| **KENNETH D. BELL, in his capacity** | ) | |
| **as court-appointed Receiver for** | ) | |
| **Rex Venture Group, LLD d/b/a** | ) | |
| **ZeekRewards.com,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **AGNITA SOLOMON**, *et al*, | ) | |
| Defendants. | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is RE-SET for **March 12, 2018** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: September 27, 2017

Graham C. Mullen
United States District Judge